UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN, et al, | Case No.: 2:24-cv-08496-AB-BFM |
| Plaintiffs, | (~~PROPOSED~~) **JUDGMENT** |
| v. | |
| JAIGANTIC CONTENT, LLC, a Connecticut Limited Liability Company, et al. | |
| Defendants. | |

Pursuant to the Order Granting Plaintiffs' Motion for Default Judgment, IT IS HEREBY ADJUDGED that **JUDGMENT IS ENTERED**, jointly and severally, in favor of Plaintiffs Producer-Writers Guild of America Pension Plan, Directors of the Producer-Writers of America Pension Plan, Writers' Guild-Industry Health Fund, Trustees of the Writers' Guild-Industry Health Fund, and against the Defendants Jaigantic Content, LLC, Mayne Berke, Keith L. Shaw, and Donald de Boer.

//

//

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

        Pursuant to the Judgment, the Defendant is ordered to pay to the Plaintiffs **$44,799.21, plus any award of attorney's fees and costs entered by separate order, plus any post-judgment interest as provided by 28 U.S.C. § 1961 from the date of entry of judgment in this action**.

        **IT IS SO ORDERED.**

DATED: May 16, 2025        _____

                            HONORABLE ANDRÉ BIROTTE JR.
                            UNITED STATES DISTRICT COURT JUDGE