George M. Kraw (California Bar No. 71551)
Katherine McDonough (California Bar No. 241426)
Jessica M. Alvarez (California Bar No. 311575)
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile: 650-314-7899
gkraw@kraw.com
kmcdonough@kraw.com
jalvarez@kraw.com

Attorneys for:
*Producer-Writers Guild of America Pension Plan;*
*Board of Directors, Producer-Writers Guild of America Pension Plan;*
*Writers' Guild-Industry Health Fund; and*
*Board of Trustees, Writers' Guild-Industry Health Fund*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
(WESTERN DIVISION)

| | |
|---|---|
| PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN, et al, <br><br> Plaintiffs, <br><br> v. <br><br> JAIGANTIC CONTENT, LLC, a Connecticut Limited Liability Company, et al. <br><br> Defendants. | Case No.: 2:24-cv-08496-AB-BFM <br><br> **DECLARATION OF KATHERINE MCDONOUGH IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** <br><br> DATE: JULY 18, 2025 <br> TIME: 10:00 <br> JUDGE: Hon. André Birotte Jr <br> CrtRm: 7B |

I, Katherine McDonough, declare as follows:

1. I make this declaration based upon my personal knowledge. If called upon to testify to the facts declared herein, I could and would competently testify thereto.

Decl. Katherine McDonough– 1
CASE NO.: 2:24-CV-08496-AB-BFM

2. I am an attorney duly authorized to practice law before federal and state courts in California. I am a shareholder of Kraw Law Group, APC, attorney of record in this matter.

3. Plaintiffs are requesting a rate of $700 an hour for my time. I have been representing employees, unions, and Taft-Hartley ERISA benefit funds before boards of arbitration and state and federal courts for over twenty four years (24) years. Since 2006, I have represented almost exclusively Taft-Hartley benefit funds. I work on ERISA matters, including collection work of both delinquent contributions and withdrawal liability in state and federal courts on behalf of a number of Trust Fund clients, including litigating and counseling on issues involving ERISA, Trust Fund collection, benefit denials, as well as general litigation work on numerous cases. I graduated *cum laude* from the Washington College of Law, American University, in 2000.

4. Jessica M. Alvarez has eight (8) years of experience as an attorney. She has been representing unions and Taft-Hartley ERISA benefit funds before boards of arbitration and state and federal courts for approximately four (4) years. She works on ERISA matters, including collection work of both delinquent contributions and withdrawal liability in state and federal courts on behalf of a number of Trust Fund clients, including litigating and counseling on issues involving ERISA, Trust Fund collection, benefit denials, as well as general litigation work on numerous cases. Plaintiffs are requesting $550 per hour for Ms. Alvarez's time. She graduated with distinction from McGeorge School of Law from

Decl. Katherine McDonough– 2
CASE NO.: 2:24-CV-08496-AB-BFM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

the University of the Pacific and was admitted to the California Bar in December 2016. She has approximately eight years of litigation experience before administrative bodies and state and federal courts, four of which have been representing Taft-Hartley benefit funds.

5. Plaintiffs are requesting $250 an hour for senior paralegal Rochelle Carter. Ms. Carter has worked for Kraw Law Group, APC since 2007, has eighteen years of experience, and assists on all firm litigation matters. Ms. Carter received an Associates Degree in paralegal studies and her ABA-approved certificate in paralegal studies from Deanza College in 2006.

6. All attorneys and paralegals at Kraw Law Group, APC keep their time by making entries into a commercial attorney timekeeping system, Sage Timeslips. Invoices are generated from those entries monthly and sent to our clients. Attached hereto as **Exhibit 1** is a spreadsheet detailing the Sage Timeslips entries in this matter including the date, the time spent, and the work performed.

7. The timesheet entries on Exhibit 1 show that approximately 13 hours were spent preparing the complaint, summons, and other initiating documents such as the declination to magistrate judge jurisdiction.

8. There are four defendants in this matter and Plaintiffs' counsel spent approximately 17 hours ensuring proper service of the complaint on the four defendants. This is more time than is typical, but it was necessary because the Plaintiffs did not have valid addresses for the Defendants. At the time Jaigantic Content, LLC became signatory to the WGA Minimum Basic Agreement, all of the Defendants were required to

Decl. Katherine McDonough– 3
CASE NO.: 2:24-CV-08496-AB-BFM

1  provide addresses. The addresses provided by the Defendants were all addresses in Connecticut that were no longer valid. For example, the Plaintiffs sent a process server to 10 Constitution Blvd in Shelton, Connecticut, which was the address given for Jaigantic Content LLC as well as Defendant Donald Boer and Defendant Keith Shaw. The process server reported that the property was vacant. As well, Plaintiffs attempted to serve the registered agent for Jaigantic Content, LLC and the initial address for the registered agent was no longer valid. Plaintiffs located a home address for the registered agent, but then the registered agent called and provided correspondence to the Plaintiffs indicating that he had resigned as registered agent. Accordingly, Rochelle Carter, paralegal, had to conduct research to locate all four of the Defendants by using commercial location services such as Lexis Nexis. Through research, Ms. Carter was able to locate addresses in California for all of the Defendants. But even that was not immediately successful for all Defendants. When the process server attempted to serve Defendant Mayne Berke at the California home address that Ms. Carter located for Mr. Berke, the property was vacant, and the process server subsequently had to serve Mr. Berke at yet another address. Thus approximately 4.25 hours of time per defendant to locate and serve them is reasonable.

9. Plaintiffs spent approximately 26 hours preparing the request for entry of default, the motion for default judgment, and the memorandum of points and authorities. This time included researching Connecticut law regarding service of summons upon an administratively dissolved Connecticut LLC, performing general research, writing the motion, checking the local rules and Court standing orders, and preparing the declaration in support and exhibits thereto.

10. Plaintiffs are seeking reimbursement of $1,035 in costs for the filing the complaint and serving the summons. Attached as **Exhibit 2** are the invoices showing that those costs were incurred.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 11, 2025                  /s/Katherine McDonough
                                           Katherine McDonough

# EXHIBIT 1

| Transaction ID | Transaction Date | Timekeeper Nickname 1 | Description | Time Spent | Rate Value | Slip Value | Client Nickname 1 | Billing Status |
|---|---|---|---|---|---|---|---|---|
| 325519 | 6/6/2024 | RC | review and revise complaint | 0.7 | $250.00 | $175.00 | PWGA-LIT.JAIGANTIC | Billable |
| 325423 | 6/11/2024 | RC | further review and revise complaint; research re same | 1.1 | $250.00 | $275.00 | PWGA-LIT.JAIGANTIC | Billable |
| 325577 | 6/13/2024 | RC | further review and revise complaint, notice of interested parties; prepare summons; research in preparation re same | 1 | $250.00 | $250.00 | PWGA-LIT.JAIGANTIC | Billable |
| 325461 | 6/20/2024 | RC | further review and revise, complaint, exhibit re same | 2.4 | $250.00 | $600.00 | PWGA-LIT.JAIGANTIC | Billable |
| 330206 | 8/29/2024 | RC | further prepare complaint, summons and initiating documents | 0.6 | $250.00 | $150.00 | PWGA-LIT.JAIGANTIC | Billable |
| 332362 | 9/25/2024 | KAM | review Jaigantic complaint | 0.5 | $700.00 | $350.00 | PWGA-LIT.JAIGANTIC | Billable |
| 332568 | 9/25/2024 | RC | further review and revise further review and revise Complaint and Civil Cover Sheet | 0.8 | $250.00 | $200.00 | PWGA-LIT.JAIGANTIC | Billable |
| 335021 | 10/2/2024 | KAM | further review and revise further review and revise Complaint and Civil Cover Sheet | 0.5 | $700.00 | $350.00 | PWGA-LIT.JAIGANTIC | Billable |
| 334861 | 10/7/2024 | RC | attention to clerk notice (ECF 9); review summons accordingly, teleconference attempt re same; research re same; revise re same; further teleconference attempt made | 2.4 | $250.00 | $600.00 | PWGA-LIT.JAIGANTIC | Billable |
| 334881 | 10/7/2024 | RC | attention to case status | 0.1 | $250.00 | $25.00 | PWGA-LIT.JAIGANTIC | Billable |
| 334989 | 10/8/2024 | KAM | review summons of Jaigantic and co-defendants | 0.1 | $700.00 | $70.00 | PWGA-LIT.JAIGANTIC | Billable |
| 334887 | 10/8/2024 | RC | attention to clerk notice; prepare revised summons | 1.5 | $250.00 | $375.00 | PWGA-LIT.JAIGANTIC | Billable |
| 334817 | 10/9/2024 | RC | prepare declination to Magistrate Judgment | 0.2 | $250.00 | $50.00 | PWGA-LIT.JAIGANTIC | Billable |
| 334819 | 10/9/2024 | RC | attention to issued initiating documents | 0.2 | $250.00 | $50.00 | PWGA-LIT.JAIGANTIC | Billable |
| 333598 | 10/16/2024 | JMA | review declination to consent to magistrate; email exchange with Rochelle Carter re same | 0.2 | $550.00 | $110.00 | PWGA-LIT.JAIGANTIC | Billable |
| 334895 | 10/16/2024 | RC | attention to declination to Magistrate J. | 0.3 | $250.00 | $75.00 | PWGA-LIT.JAIGANTIC | Billable |
| 334857 | 10/21/2024 | RC | attention to summons status; telemessage to clerks office re same | 0.3 | $250.00 | $75.00 | PWGA-LIT.JAIGANTIC | Billable |
| 334853 | 10/22/2024 | RC | further attention to summons status; teleconference with Court Intake re same; attention to issued summons | 1.3 | $250.00 | $325.00 | PWGA-LIT.JAIGANTIC | Billable |
| 334809 | 10/23/2024 | RC | attention to service; further research re same | 1.7 | $250.00 | $425.00 | PWGA-LIT.JAIGANTIC | Billable |
| 335093 | 10/24/2024 | KAM | attention to service of complaint | 0.1 | $700.00 | $70.00 | PWGA-LIT.JAIGANTIC | Billable |
| 336824 | 11/11/2024 | KAM | attention to service on Jaigantic | 0.1 | $700.00 | $70.00 | PWGA-LIT.JAIGANTIC | Billable |
| 337346 | 11/11/2024 | RC | further attention to service of process re summons and complaint; correspondence to process server | 0.3 | $250.00 | $75.00 | PWGA-LIT.JAIGANTIC | Billable |
| 336740 | 11/12/2024 | KAM | attention to service of complaint; report of service on Keith Shaw and addresses for service on Jaigantic | 0.4 | $700.00 | $280.00 | PWGA-LIT.JAIGANTIC | Billable |
| 337276 | 11/12/2024 | RC | further attention to service of process for Jagaintic; research re same for all Defendants; correspondence to attorney re same; correspondence process server re same; attention to service of Keith Shaw; prepare Acknowledgment of Service of Summons and Complaint re Defendants Jaigantic and De Boer | 5.5 | $250.00 | $1,375.00 | PWGA-LIT.JAIGANTIC | Billable |
| 337286 | 11/13/2024 | RC | attention to service of process issue re service on Mayne Berke; teleconference re same | 0.7 | $250.00 | $175.00 | PWGA-LIT.JAIGANTIC | Billable |
| 336912 | 11/18/2024 | KAM | review attempted service on Donald De Boer | 0.1 | $700.00 | $70.00 | PWGA-LIT.JAIGANTIC | Billable |
| 337066 | 11/18/2024 | KAM | attention to service of complaint | 0.1 | $700.00 | $70.00 | PWGA-LIT.JAIGANTIC | Billable |
| 337350 | 11/18/2024 | RC | further attention to service of process; further analyze re same; correspondence to attorney re same; further research re same; correspondence to Process server re same | 3.3 | $250.00 | $825.00 | PWGA-LIT.JAIGANTIC | Billable |
| 337351 | 11/19/2024 | RC | further attention to service of process; attention to correspondence Jaigantic | 0.6 | $250.00 | $150.00 | PWGA-LIT.JAIGANTIC | Billable |
| 337336 | 11/20/2024 | RC | further attention to service of process re Defendant De Boer; attention to further issues re service on Jaigantic agent Alan Tuchmann; research re same | 0.9 | $250.00 | $225.00 | PWGA-LIT.JAIGANTIC | Billable |
| 337330 | 11/22/2024 | RC | prepare Acknowledgement of Service of Complaint for Jaigantic c/o Berke and for Mayne Berke as an individual | 0.8 | $250.00 | $200.00 | PWGA-LIT.JAIGANTIC | Billable |
| 337280 | 11/25/2024 | RC | attention to service of process re Jaignatic c/o Pres. And Mayne Berke | 0.4 | $250.00 | $100.00 | PWGA-LIT.JAIGANTIC | Billable |
| 337328 | 11/30/2024 | RC | finalize proof of service re service of Summons and Complaint for Defendants Jaigantic and Berke | 0.4 | $250.00 | $100.00 | PWGA-LIT.JAIGANTIC | Billable |
| 339111 | 12/16/2024 | KAM | review letter from Donald De Boer re complaint | 0.1 | $700.00 | $70.00 | PWGA-LIT.JAIGANTIC | Billable |
| 339076 | 12/23/2024 | RC | prepare request for entry of Default | 0.9 | $250.00 | $225.00 | PWGA-LIT.JAIGANTIC | Billable |
| 339004 | 12/26/2024 | KAM | prepare service relief searches on all three defendants | 0.8 | $700.00 | $560.00 | PWGA-LIT.JAIGANTIC | Billable |
| 339031 | 12/26/2024 | KAM | prepare and file proof of service against four defendants | 0.6 | $700.00 | $420.00 | PWGA-LIT.JAIGANTIC | Billable |
| 339258 | 12/26/2024 | KAM | prepare request of entry for default and review local rules and research requirements for same | 1 | $700.00 | $700.00 | PWGA-LIT.JAIGANTIC | Billable |
| 339435 | 12/27/2024 | EO | finalize Proof of Service re Request for Entry of Default Against Defendants and to parties | 0.5 | $250.00 | $125.00 | PWGA-LIT.JAIGANTIC | Billable |
| 339260 | 12/27/2024 | KAM | prepare entry for default and prepare proof of service | 0.8 | $700.00 | $560.00 | PWGA-LIT.JAIGANTIC | Billable |
| 339262 | 12/30/2024 | KAM | research whether an administratively forfeited llc in connecticut can be sued and served; prepare motion for default | 4 | $700.00 | $2,800.00 | PWGA-LIT.JAIGANTIC | Billable |
| 339169 | 12/31/2024 | KAM | prepare declaration of Katherine McDonough and prepare motion for default | 5 | $700.00 | $3,500.00 | PWGA-LIT.JAIGANTIC | Billable |
| 340346 | 1/7/2025 | JPE | draft proof of service re default by clerk; serve proof of service and default by clerk to defendants Keith L Shaw, Donald de Boer, Mayne Berke, and Jaigantic LLC via mail; execute proof of service and send to attorney | 0.4 | $250.00 | $100.00 | PWGA-LIT.JAIGANTIC | Billable |
| 341074 | 1/7/2025 | KAM | prepare memorandum of points and authorities in support of motion for default judgment | 3 | $700.00 | $2,100.00 | PWGA-LIT.JAIGANTIC | Billable |
| 341080 | 1/7/2025 | KAM | prepare proof of service for entry of default | 0.1 | $700.00 | $70.00 | PWGA-LIT.JAIGANTIC | Billable |
| 341086 | 1/8/2025 | KAM | prepare motion for default | 1 | $700.00 | $700.00 | PWGA-LIT.JAIGANTIC | Billable |
| 341094 | 1/8/2025 | KAM | prepare default judgment | 1 | $700.00 | $700.00 | PWGA-LIT.JAIGANTIC | Billable |
| 341589 | 1/8/2025 | RC | review and revise notice of motion and motion for default judgment, declaration of McDonough in Support of Same and Memorandum of Points and Authorities re same; prepare exhibits to the declaration | 2.4 | $250.00 | $600.00 | PWGA-LIT.JAIGANTIC | Billable |
| 341078 | 1/9/2025 | KAM | final review of motion for default judgment | 0.3 | $700.00 | $210.00 | PWGA-LIT.JAIGANTIC | Billable |
| 341590 | 1/9/2025 | RC | further review and revise notice of motion and motion for default judgment, declaration of McDonough in Support of Same and Memorandum of Points and Authorities re same; further prepare exhibits to the declaration | 2.2 | $250.00 | $550.00 | PWGA-LIT.JAIGANTIC | Billable |
| 341688 | 1/10/2025 | JPE | draft proof of service re notice of motion and motion for default judgment, memorandum of points and authorities, Declaration of Katherine McDonough in support of Motion for Default, Exhibits A-F re declaration; proposed order and proposed judgment; serve proof of service and notice of motion and motion for default judgment and supporting documents to defendants Keith L Shaw, Donald de Boer, Mayne Berke, and Jaigantic LLC via mail; execute proof of service and send to attorney | 1 | $250.00 | $250.00 | PWGA-LIT.JAIGANTIC | Billable |
| 341071 | 1/10/2025 | KAM | final review and preparation of motion for default judgment for filing | 1.2 | $700.00 | $840.00 | PWGA-LIT.JAIGANTIC | Billable |
| 343444 | 2/6/2025 | RC | attention to upcoming hearing status | 0.1 | $250.00 | $25.00 | PWGA-LIT.JAIGANTIC | Billable |
| 343030 | 2/12/2025 | JMA | order vacating hearing and email exchange with Katherine McDonough re same | 0.2 | $550.00 | $110.00 | PWGA-LIT.JAIGANTIC | Billable |
| 343821 | 2/12/2025 | KAM | review file and prepare notes re hearing | 0.5 | $700.00 | $350.00 | PWGA-LIT.JAIGANTIC | Billable |
| 343523 | 2/20/2025 | RC | attention to status | 0.2 | $250.00 | $50.00 | PWGA-LIT.JAIGANTIC | Billable |
| 343649 | 2/26/2025 | RC | attention to order taking hearing under submission; prepare re same for service | 0.6 | $250.00 | $150.00 | PWGA-LIT.JAIGANTIC | Billable |
| | | | **Grand Total** | | | **$24,080.00** | | |

# EXHIBIT 2

**Rochelle Carter**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Wednesday, October 2, 2024 4:54 PM |
| **To:** | Rochelle Carter |
| **Subject:** | Pay.gov Payment Confirmation: CALIFORNIA CENTRAL DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: CM/ECF Helpdesk at 213-894-0242.

Account Number: 3287720
Court: CALIFORNIA CENTRAL DISTRICT COURT
Amount: $405.00
Tracking Id: ACACDC-38329087
Approval Code: 02120G
Card Number: ************1953
Date/Time: 10/02/2024 07:54:03 ET

NOTE: This is an automated message. Please do not reply



# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

**Kraw Law Group, APC**
**605 Ellis St., Ste. 200**
**Mountain View, CA 94043-2231**

| | |
|---|---|
| INVOICE# | 19494087.100 |
| DATE | Nov 11, 2024 |
| ACCOUNT# | 187799 |
| ATTENTION | rcarter@kraw.com |
| REFERENCE# | 2:24-cv-08496-AB-BFM, PWGA v. Jaigantic Content, LLC et al (Keith L. Shaw) |
| **AMOUNT DUE** | **$ 0.00** |

| | |
|---|---|
| CASE # | N/A |
| CASE TITLE | N/A |
| COURT | N/A |

**SERVICES PERFORMED**

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Prepare Suit** | | |
| Process Service - Web Upload | **Uploaded File(s):** PWGA-JAIGANTIC-Complaint, Summons, and Docs for Service of Process (Keith L. Shaw).pdf<br>**Rush Requested:** No<br>**Parties To Serve:** 1 | 75.00 |
| | SUBTOTAL | $ 75.00 |
| | SALES TAX | $ 0.00 |
| | **TOTAL CHARGES** | **$ 75.00** |

**PAYMENTS**

| SOURCE | DATE | AMOUNT |
|---|---|---|
| Visa ending in 1953 | November 11, 2024 | 75.00 |
| | **AMOUNT PAID** | **$ 75.00** |
| | **AMOUNT DUE** | **$ 0.00** |

OFFICIAL PROCESS SERVER TO U.S. DEPARTMENT OF JUSTICE AND U.S. STATE DEPARTMENT    Page 1 of 1



# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

**Kraw Law Group, APC**
**605 Ellis St., Ste. 200**
**Mountain View, CA 94043-2231**

| | |
|---|---|
| INVOICE# | 19504562.100 |
| DATE | Nov 12, 2024 |
| ACCOUNT# | 187799 |
| ATTENTION | rcarter@kraw.com |
| REFERENCE# | PWGA-Jaigantic, et al (Jaigantic SOP) |
| **AMOUNT DUE** | **$ 0.00** |

| | |
|---|---|
| CASE # | 2:24-cv-08496-AB-BFM |
| CASE TITLE | PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN v. Jaigantic Content LLC |
| COURT | US District Court, California, Central District, Los Angeles at First Street Federal Courthouse |

**SERVICES PERFORMED**

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Effect Service of Process** | | |
| Process Service - Additional Address | **Subject:** Jaigantic Content LLC<br>**Address:** 203 Alden Ave, New Haven, CT 06515-2166 | 135.00 |

| | |
|---|---|
| **SUBTOTAL** | $ 135.00 |
| **SALES TAX** | $ 0.00 |
| **TOTAL CHARGES** | **$ 135.00** |

**PAYMENTS**

| SOURCE | DATE | AMOUNT |
|---|---|---|
| Visa ending in 1953 | November 12, 2024 | 135.00 |

| | |
|---|---|
| **AMOUNT PAID** | **$ 135.00** |
| **AMOUNT DUE** | **$ 0.00** |

OFFICIAL PROCESS SERVER TO U.S. DEPARTMENT OF JUSTICE AND U.S. STATE DEPARTMENT    Page 1 of 1



# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

**Kraw Law Group, APC**
**605 Ellis St., Ste. 200**
**Mountain View, CA 94043-2231**

| | |
|---|---|
| INVOICE# | 19493900.100 |
| DATE | Nov 11, 2024 |
| ACCOUNT# | 187799 |
| ATTENTION | rcarter@kraw.com |
| REFERENCE# | 2:24-cv-08496-AB-BFM, PWGA v. Jaigantic Content, LLC et al (Donald De Boer) |
| **AMOUNT DUE** | **$ 0.00** |

| | |
|---|---|
| CASE # | N/A |
| CASE TITLE | N/A |
| COURT | N/A |

**SERVICES PERFORMED**

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Prepare Suit** | | |
| Process Service - Web Upload | **Uploaded File(s):** PWGA-JAIGANTIC-Complaint, Summons, and Docs for Service of Process (Donald de Boer).pdf<br>**Rush Requested:** No<br>**Parties To Serve:** 1 | 75.00 |
| | | |

| | |
|---|---|
| SUBTOTAL | $ 75.00 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 75.00** |

**PAYMENTS**

| SOURCE | DATE | AMOUNT |
|---|---|---|
| Visa ending in 1953 | November 11, 2024 | 75.00 |
| | | |

| | |
|---|---|
| **AMOUNT PAID** | **$ 75.00** |

| | |
|---|---|
| **AMOUNT DUE** | **$ 0.00** |

OFFICIAL PROCESS SERVER TO U.S. DEPARTMENT OF JUSTICE AND U.S. STATE DEPARTMENT       Page 1 of 1



# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

Kraw Law Group, APC
605 Ellis St., Ste. 200
Mountain View, CA 94043-2231

| | |
|---|---|
| INVOICE# | 19457689.100 |
| DATE | Nov 07, 2024 |
| ACCOUNT# | 187799 |
| ATTENTION | rcarter@kraw.com |
| REFERENCE# | PWGA-Jaigantic, et al (Jaigantic SOP) |

**AMOUNT DUE** $ 0.00

| CASE # | N/A |
|---|---|
| CASE TITLE | N/A |
| COURT | N/A |

**SERVICES PERFORMED**

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Prepare Suit** | | |
| Process Service - Web Upload | **Uploaded File(s):** PWGA-JAIGANTIC-Complaint, Summons, and Docs for Service of Process (Jaigantic).pdf<br>**Rush Requested:** No<br>**Parties To Serve:** 1 | 135.00 |
| | | |

| | |
|---|---|
| **SUBTOTAL** | $ 135.00 |
| **SALES TAX** | $ 0.00 |
| **TOTAL CHARGES** | $ 135.00 |

**PAYMENTS**

| SOURCE | DATE | AMOUNT |
|---|---|---|
| Visa ending in 1953 | November 07, 2024 | 135.00 |
| | | |

| | |
|---|---|
| **AMOUNT PAID** | $ 135.00 |
| **AMOUNT DUE** | $ 0.00 |

OFFICIAL PROCESS SERVER TO U.S. DEPARTMENT OF JUSTICE AND U.S. STATE DEPARTMENT       Page 1 of 1



# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

Kraw Law Group, APC
605 Ellis St., Ste. 200
Mountain View, CA 94043-2231

| | |
|---|---|
| INVOICE# | 19494044.100 |
| DATE | Nov 11, 2024 |
| ACCOUNT# | 187799 |
| ATTENTION | rcarter@kraw.com |
| REFERENCE# | 2:24-cv-08496-AB-BFM, PWGA v. Jaigantic Content, LLC et al (Mayne Berke) |
| **AMOUNT DUE** | **$ 0.00** |

| | |
|---|---|
| CASE # | N/A |
| CASE TITLE | N/A |
| COURT | N/A |

**SERVICES PERFORMED**

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Prepare Suit** | | |
| Process Service - Web Upload | **Uploaded File(s):** PWGA-JAIGANTIC-Complaint, Summons, and Docs for Service of Process (Mayne Berke).pdf<br>**Rush Requested:** No<br>**Parties To Serve:** 1 | 75.00 |
| | SUBTOTAL | $ 75.00 |
| | SALES TAX | $ 0.00 |
| | **TOTAL CHARGES** | **$ 75.00** |

**PAYMENTS**

| SOURCE | DATE | AMOUNT |
|---|---|---|
| Visa ending in 1953 | November 11, 2024 | 75.00 |
| | **AMOUNT PAID** | **$ 75.00** |
| | **AMOUNT DUE** | **$ 0.00** |

OFFICIAL PROCESS SERVER TO U.S. DEPARTMENT OF JUSTICE AND U.S. STATE DEPARTMENT       Page 1 of 1



# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

**Kraw Law Group, APC**
**605 Ellis St., Ste. 200**
**Mountain View, CA 94043-2231**

| | |
|---|---|
| INVOICE# | 19622485.100 |
| DATE | Nov 20, 2024 |
| ACCOUNT# | 187799 |
| ATTENTION | rcarter@kraw.com |
| REFERENCE# | PWGA-Jaigantic, et al (Jaigantic SOP) |
| **AMOUNT DUE** | **$ 0.00** |

| CASE # | 2:24-cv-08496-AB-BFM |
|---|---|
| CASE TITLE | PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN v. Jaigantic Content LLC |
| COURT | US District Court, California, Central District, Los Angeles at First Street Federal Courthouse |

**SERVICES PERFORMED**

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Effect Service of Process** | | |
| Process Service - Additional Address | **Subject:** Jaigantic Content LLC<br>**Address:** 11403 BERWICK ST, LOS ANGELES, CA 90049-3415 | 135.00 |
| | SUBTOTAL | $ 135.00 |
| | SALES TAX | $ 0.00 |
| | **TOTAL CHARGES** | **$ 135.00** |

**PAYMENTS**

| SOURCE | DATE | AMOUNT |
|---|---|---|
| Visa ending in 1953 | November 20, 2024 | 135.00 |
| | **AMOUNT PAID** | **$ 135.00** |
| | **AMOUNT DUE** | **$ 0.00** |

OFFICIAL PROCESS SERVER TO U.S. DEPARTMENT OF JUSTICE AND U.S. STATE DEPARTMENT    Page 1 of 1